IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NORRIS B. HOWARD,
ADC #83225                                                               PETITIONER

v.                                    No. 5:14-cv-62-DPM

WENDY KELLEY,* Director,
Arkansas Department of Correction                                RESPONDENT

### ORDER

On *de novo* review, the Court adopts the recommendation, № 37, and overrules Howard's objections, № 38. FED. R. CIV. P. 72(b)(3). Howard's petition, № 2, will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

29 January 2016

---

*The Court directs the Clerk to amend the docket to reflect the current Director of the Arkansas Department of Correction, Wendy Kelley. FED. R. CIV. P. 25(d).