IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NORRIS B. HOWARD,
ADC #83225                                                                    PETITIONER

v.                              No. 5:14-cv-62-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                               RESPONDENT

JUDGMENT

Howard's petition is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 January 2016